UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches©,
Plaintiff                                        CIVIL NO: 07-5480

V.

TANNER HALL d/b/a Skiing X games champion,
Defendant

## complaint

42 USC 1983 / Ski, Snowboard harassment / TRO Restraining order

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves under 42 USC 1983. Plaintiff seeks $25 million. I'm in solitary confinement. I'm not allowed in the rec yard or leave my cell without handcuffs. I'm in solitary for not being disciplined. Now Defendant is teasing me on high Alpine mountains. Hall is also the only athlete at the X games that does steroids to enhance his skiing. Hall ran me down at Blue Mountain P.A.. Hall is also related to Hall and Oats, He sings Promises to me, but I get no good treatment, I'm getting snowboarded, My head is chair lifted and ski lodges are warmer then the cell in FCI Williamsburg. I'm not provided winter gear. I'm cold, freezing, I get runny noses, My face is flush, These are constitutional violations

Jonathan Lee Riches©
#40448-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully
Submitted
Jonathan Lee Riches©