```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN LEE RICHES                :    CIVIL ACTION
                                   :
         v.                        :
                                   :
TANNER HALL                        :
DOING BUSINESS AS SKIING X GAMES   :
CHAMPION                           :    NO. 07-5480
```

## O R D E R

**AND NOW**, this        day of January, 2008, because plaintiff has failed to either pay the $350 filing fee to commence this civil action, or to file a motion to proceed <u>in forma pauperis</u>, the Clerk of Court is directed to **CLOSE** this case statistically.

               **BY THE COURT:**


                /S/ LOUIS H. POLLAK, J.
               _____

_____